IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Jacqueline German,<br>　　　　　　Plaintiff,<br>vs.<br>Andrew Saul,[1] Commissioner<br>of Social Security,<br>　　　　　　Defendant. | Civil Action No. 5:19-cv-1975-CMC<br><br>**ORDER** |

Upon consideration of the Stipulation filed by the parties on January 26, 2021, it is hereby

ORDERED that Plaintiff, Jacqueline German, is awarded attorney's fees under the EAJA in the amount of Five Thousand One Hundred Ninety-Four Dollars and 58/100 ($5,194.58). These attorney's fees will be paid directly to Plaintiff, Jacqueline German, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney's fees in this Order to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　s/Cameron McGowan Currie
　　　　　　　　　　　　　　　　　　　　　CAMERON MCGOWAN CURRIE
　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge

Columbia, South Carolina
January 26, 2021

---

[1] As noted by Defendant, Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d).